UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JAMES H. BEARD, JR., | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| MEMPHIS, TN CRIMINAL AND JUDICIAL SYSTEM, ET AL., | CASE NO: 17-2184-STA-cgc |
|     Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Report and Recommendation of Magistrate Judge and Order Certifying Appeal Not Taken In Good Faith entered on June 28, 2017, the Court hereby ADOPTS the Report and Recommendation in its entirety.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/28/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON
(By) Deputy Clerk